UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY MICHAEL MILANO, | Case No. 3:16-cv-00414-MMD-CBC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOHN DOE, | |
| Defendant. | |

On April 18, 2018, this Court issued a screening order on the First Amended Complaint ("FAC") and allowed Plaintiff to conduct limited pre-service discovery against non-defendant Las Vegas Metropolitan Police Department ("LVMPD") in an effort to ascertain the true identity of John Doe physician's assistant. (ECF No. 9 at 5.) After Plaintiff unsuccessfully attempted to comply with this Court's instructions regarding limited pre-service discovery, the Court issued another order that permitted Plaintiff to attempt to conduct limited pre-service discovery again. (ECF No. 13.) In that order, dated July 9, 2018, the Court granted Plaintiff thirty (30) days to furnish the U.S. Marshal with the required USM-285 form and ordered Plaintiff to file a notice with the Court identifying whether LVMPD has been served. (*Id.* at 2.) Plaintiff has not filed a notice with the Court identifying whether LVMPD has been served.

The Court now grants Plaintiff until Friday, October 5, 2018, to file a notice with the Court identifying whether LVMPD has been served. In the notice, Plaintiff must identity whether he timely returned the USM-285 form to the U.S. Marshal. If Plaintiff did not timely return the USM-285 form to the U.S. Marshal, Plaintiff must explain why he has not done

1 so and explain whether he intends to proceed with this case. If Plaintiff fails to timely respond to this order, the Court will dismiss this action with prejudice.

For the foregoing reasons, it is ordered that, on or before Friday, October 5, 2018, Plaintiff must file a notice with the Court identifying whether LVMPD has been served, whether Plaintiff timely returned the USM-285 form to the U.S. Marshal, and an explanation whether he intends to proceed with this case.

It is further ordered that, if Plaintiff fails to timely respond to this order, the Court will dismiss this case with prejudice.

DATED THIS 18th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE