UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY MICHAEL MILANO,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br><br>　　　　　　　　　　Defendant. | Case No. 3:16-cv-00414-MMD-CBC<br><br>ORDER |

In light of Plaintiff's response to this Court's September 18, 2018 order, the Court will have the Clerk's Office reissue the USM-285 form to Plaintiff one last time. (*See* ECF Nos. 16, 18.) Plaintiff should note that he needs to fill out the USM-285 form for non-defendant LVMPD.[1] Plaintiff needs to serve the LVMPD not John Doe. Pursuant to the screening order (ECF No. 9), after the U.S. Marshal serves LVMPD, LVMPD will need to identify the name of John Doe physician's assistant.

For the foregoing reasons, it is ordered that the Clerk of Court issue a summons for non-defendant Las Vegas Metropolitan Police Department ("LVMPD"),[2] and deliver the same, to the U.S. Marshal for service. The Clerk also will send a copy of the first amended complaint (ECF No. 4), a copy of the screening order (ECF No. 9), and a copy of this order to the U.S. Marshal for service on the non-defendant.

---

[1] Plaintiff needs to provide the address to serve LVMPD and should not attempt to put any information about a John Doe on the USM-285 form. The U.S. Marshal cannot serve a John Doe.

[2] The screening order directs non-defendant LVMPD to make a limited notice of appearance for the purpose of responding to discovery.

It is further ordered that the Clerk will send to Plaintiff one (1) USM-285 form. Plaintiff will have thirty days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to LVMPD on the form.

It is further ordered that, within twenty days after receiving from the U.S. Marshal a copy of the USM-285 form showing whether service has been accomplished, Plaintiff *must file a notice with the Court* identifying whether LVMPD was served.

It is further ordered that if Plaintiff wishes to have service again attempted on LVMPD, then a motion must be filed with the Court specifying a more detailed name and/or address for LVMPD, or whether some other manner of service should be attempted.

It is further ordered that LVMPD will enter a limited notice of appearance within sixty (60) days from the date of this order for the limited purpose of conducting limited pre-service discovery in an effort to ascertain the true identity of John Doe.

It is further ordered that, within fifteen days from entering a limited notice of appearance, LVMPD will file a notice identifying the name of the John Doe physician's assistant who attended to Plaintiff's medical needs on June 10, 2015, and June 16, 2015, at the CCDC, as discussed in the screening order (ECF No. 9).

DATED THIS 16th day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE